UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| VICTOR JOSEPH RUSSO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:17-cv-01005-KOB-JEO |
| JEFFERSON S. DUNN, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on February 18, 2020, recommending the plaintiff's Eighth Amendment claim against defendant Martin be dismissed, the motion for summary judgment by the remaining defendants be granted, and this action dismissed with prejudice. (Doc. 61). Although the parties were advised of their right to file specific written objections within fourteen days, the court has received no objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation. Accordingly, the court **ORDERS** that the plaintiff's Eighth Amendment claim against defendant Martin be dismissed, and the motion for summary judgment filed by the remaining defendants be **GRANTED**, the court finding no genuine issues of material fact exist.

The court will enter a separate Final Order.

DONE and ORDERED this 17th day of March, 2020.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE